IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

IN THE MATTER OF THE SEARCH OF A
BLACK iPHONE CURRENTLY LOCATED
AT 100 MIDDLE STREET, SUITE 400,
PORTLAND, MAINE 04101

Case No. 2:24-mj-00197-KFW

## AFFIDAVIT IN SUPPORT OF AN
## APPLICATION UNDER RULE 41 FOR A
## WARRANT TO SEARCH AND SEIZE

I, Garrett Drew, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.     I make this affidavit in support of an application under Rule 41 of the Federal
Rules of Criminal Procedure for a search warrant authorizing the examination of property—an
electronic device—which is currently in law enforcement possession, and the extraction from
that property of electronically stored information described in Attachment B.

2.     I am a Special Agent of the Federal Bureau of Investigation ("FBI") and have
been since 2020. As part of my duties as an FBI Special Agent assigned to the Portland, Maine
Resident Agency, I investigate criminal violations relating to international and domestic
terrorism and other threats to national security and public safety. Prior to joining the FBI, I was a
Special Agent with the United States Secret Service from 2015 to 2020. Among other
assignments, I was detailed to the FBI Joint Terrorism Task Force as an investigator in the FBI
New York Field Office. Currently, I am tasked with investigating, among other things, criminal
activity in and around the Capitol grounds on January 6, 2021. As an FBI Special Agent, I am
authorized by law or by a Government agency to engage in or supervise the prevention,

detection, investigation, or prosecution of a violation of Federal criminal laws. As a federal law enforcement officer, I am also authorized to execute warrants issued under the authority of the United States.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies, including other law enforcement personnel involved in investigating this case and other cases arising from the attack on the United States Capitol on January 6, 2021. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

4.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 231(a)(3) (Civil Disorder); 18 U.S.C. § 111(a)(1), (b) and (2) (Assaulting Officers); 18 U.S.C. §§ 1752(a)(1), (2), and (4) and (b)(1)(A) (Unlawful Activities on Restricted Buildings or Grounds with a Deadly or Dangerous Weapon); and  40 U.S.C. §§ 5104(e)(2)(E), (F) & (G) (Unlawful Activities on Capitol Buildings or Grounds); have been committed by Christopher Belliveau ("BELLIVEAU"). There is also probable cause to search the Device, which is further described below and in Attachment A, for the things described in Attachment B.

## IDENTIFICATION OF THE DEVICE TO BE EXAMINED

5.      The property to be searched is a black iPhone in a clear case that, as described further below and in Attachment A, was seized incident to the arrest of BELLIVEAU (hereinafter the "Device"). The Device is currently in the possession of the FBI and located at

2

100 Middle Street, Suite 400, Portland, Maine, which is in the District of Maine.

6.     The applied-for warrant would authorize the forensic examination of the Device for the purpose of identifying electronically stored data particularly described in Attachment B.

## **PROBABLE CAUSE**

### *Background: The Attack on the U.S. Capitol on January 6, 2021*

7.     U.S. Capitol Police ("USCP"), the FBI, and assisting law enforcement agencies are investigating a riot and related offenses that occurred on January 6, 2021, at the United States Capitol Building (hereinafter "U.S. Capitol" or "Capitol"), located at 1 First Street, NW, Washington, D.C., 20510.

8.     The U.S. Capitol is secured 24 hours a day by USCP. Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

9.     On the west side of the Capitol building is the West Front, which includes the inaugural stage scaffolding, a variety of open concrete spaces, two staircases, and multiple terraces. On the east side of the Capitol is the East Front, which includes three staircases, porticos on both the House and Senate side, and two large skylights into the Visitor's Center surrounded by a concrete parkway. All this area was barricaded and closed to members of the public on January 6, 2021.

10.     On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives

3

and the United States Senate were meeting to certify the vote count of the Electoral College of the 2020 Presidential Election, which took place on November 3, 2020 ("Certification"). The joint session began at approximately 1:00 p.m. Eastern Standard Time in the House of Representatives. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

11.     The grounds around the Capitol were posted and cordoned off, and the entire area as well as the Capitol building itself were restricted as that term is used in Title 18, United States Code, Section 1752 because the Vice President and the immediate family of the Vice President, among others, would be visiting and did visit the Capitol complex that day.

12.     At around 1:00 p.m., individuals broke through the police lines, toppled the outside barricades protecting the Capitol, and pushed past USCP and supporting law enforcement officers there to protect the Capitol. As a result of these and other similar actions by the crowd, the situation at the Capitol became a civil disorder as that term is used in Title 18, United States Code, Section 231. The civil disorder obstructed the ability of the U.S. Secret Service to perform the federally protected function of protecting Vice President Pence.

13.     As they advanced unlawfully onto Capitol grounds and towards the Capitol building over the next several hours, individuals in the crowd destroyed barricades and metal fencing and assaulted law enforcement officers with fists, poles, thrown objects, and chemical irritant sprays, among other things. Individuals in the crowd carried weapons including tire irons, sledgehammers, bear spray, and tasers, some of which were also used to assault members of law enforcement. Many individuals in the crowd wore tactical vests, helmets, and respirators.

14.     At approximately 2:00 p.m., some people in the crowd forced their way through, up, and over the barricades and law enforcement. The crowd advanced to the exterior façade of the building. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured.

15.     Beginning shortly after 2:00 p.m., individuals in the crowd forced entry into the Capitol, including by breaking windows and assaulting members of law enforcement.

16.     Once inside, certain of the unlawful entrants destroyed property, stole property, and assaulted federal police officers.

17.     Between approximately 2:10 p.m. and 2:30 p.m., Vice President Pence evacuated the Senate Chamber, and the Senate and House of Representatives went into recess. Unlawful entrants into the Capitol building attempted to break into the House chamber by breaking the windows on the chamber door. Law enforcement officers inside the House of Representatives drew their weapons to protect members of the House of Representatives who were stuck inside. Both the Senate Chamber and the House of Representatives Chamber were eventually evacuated.

18.     At approximately 2:47 p.m., subjects broke into the Senate Chamber not long after it had been evacuated.

19.     At approximately 2:48 p.m., the Mayor of the District of Columbia, Muriel Bowser, announced a citywide curfew beginning at 6:00 p.m. Mayor Bowser's order imposing a curfew in the District of Columbia impacted interstate commerce. For example, the grocery store chain Safeway closed all 12 of its stores in the District of Columbia as of 4:00 p.m. that day, even though Safeway's stores were supposed to stay open until 11:00 p.m.

20.     At approximately 3:25 p.m., law enforcement officers cleared the Senate floor.

5

Between 3:25 p.m. and approximately 6:30 p.m., law enforcement was able to clear the Capitol of all the unauthorized entrants.

21.     Based on these events, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the Capitol, including the danger posed by individuals who had entered the Capitol without any security screening, the joint session could not resume until after every unauthorized entrant had left the Capitol, and the building had been confirmed secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the United States Capitol throughout the events, including during the time he was evacuated from the Senate Chamber until the joint session concluded at approximately 3:44 a.m. on January 7, 2021.

22.     During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### *BELLIVEAU's Participation in the Attack on the United States Capitol*

23.     An individual subsequently identified as Christopher Belliveau ("BELLIVEAU") joined a group of rioters on the Northwest Lawn of the Capitol grounds. At the time, rioters in that area, including BELLIVEAU, were congregated behind temporary fencing comprised of interlocking bicycle racks, as shown in Image 1, below.



*Image 1 (BELLIVEAU, wearing a helmet, indicated by red arrow)*

24.     A group of Capitol Police Officers formed a makeshift line behind the fencing, but other rioters encircled the police from above, as shown in Image 2, below.



*Image 2 (BELLIVEAU indicated by yellow square)*

7

25.     BELLIVEAU wore, among other things, a brown hooded jacket, khaki cargo-style pants with pockets, a black helmet, and a red scarf or bandana visible under his helmet. A video found on a phone that was seized by law enforcement from another participant in the attack on the Capitol ("Rioter Video 1") shows that at approximately 2:10 p.m., the rioters crossed the bicycle rack fencing and advanced on the police. BELLIVEAU was at the front of the rioters who did so.   BELLIVEAU carried a bullhorn in this left hand and gestured at the police officers with his right hand as he approached them, as shown in Image 3, below.



*Image 3 (BELLIVEAU indicated by yellow square)*

26.     BELIVEAU approached a U.S. Capitol Police Officer, Officer 1, and pointed directly at her.   Distinctive features of BELLIVEAU's attire include a red bandana around his neck, which was visible under his black helmet, and a colored mask over his mouth, as shown in Image 4.



*Image 4 (BELLIVEAU indicated by yellow square pointing at Officer 1)*

27.     BELLIVEAU walked back in the direction from which he had come and then he approached the police officers again.  Video obtained by the FBI shows that BELLIVEAU held a green cannister in his right hand as he approached a group of police officers, some of whom were on the ground attempting to restrain a rioter, as shown in Images 5 and 6, below.



*Image 5 (BELLIVEAU indicated by yellow square)*

9



*Image 6 (green cannister and bullhorn carried by BELLIVEAU indicated by red square)*

28.    As shown in Image 6, above, when BELLIVEAU held out the green cannister, an orange object was visible at his feet.   I know from my training and experience that a commercially available form of bear pepper mace comes in a green cannister with an orange safety cap, which must be removed before the mace is discharged, as shown in Image 7 below.



*Image 7 (as shown at Walmart.com)*

29.     BELLIVEAU discharged an orange spray from the green cannister at Officer 1. From my training and experience, I believe that the spray used by BELLIVEAU was a form of bear spray.

30.     Officer 1 pursued BELLIVEAU. As BELLIVEAU ran backwards toward the crowd and away from Officer 1, he continued to discharge orange spray at Officer 1. The orange spray hit and made physical contact with Officer 1, as shown in Images 8 and 9, below.



*Image 8 (BELLIVEAU discharging spray at Officer 1)*

11



*Image 9 (BELLIVEAU continuing to discharge spray at Officer 1; BELLIVEAU's black and white sneakers indicated in yellow square)*

31.     Before Officer 1 could reach BELLIVEAU, another rioter knocked her to the ground, as shown in Images 10 and 11, below.



*Image 10 (BELLIVEAU indicated in yellow; Officer 1, indicated in blue, pursuing BELLIVEAU; rioter preparing to check Officer 1 indicated in red)*



*Image 11 (Officer 1 knocked to the ground, indicated in blue; rioter who checked Officer 1 indicated in red; BELLIVEAU indicated in yellow)*

32.    During the scene on the Northwest Lawn where BELLIVEAU discharged spray at Officer 1, Rioter Video 1 and other video obtained by the FBI show the following seven identifiable features (among others) in BELLIVEAU's clothing and the items he carried:

- Beige cargo-style pants with pockets
- Brown hooded sweatshirt
- Dark helmet with a tinted visor or goggles
- Red-colored bandana visible around the chin and neck area, near the helmet chin strap
- Colored mask covering BELLIVEAU's mouth area
- Black Nike sneakers with white swoosh
- Bullhorn with distinctive blue and cream coloring

33.    At approximately 2:09 p.m., a group of rioters overran a police line on a set of stairs at the Capitol known as the Northwest Stairs, which is in the vicinity of the Northwest

Lawn. In the minutes that followed, hundreds of rioters subsequently advanced up the Northwest

Stairs to an area of the Capitol known known as the Upper West Terrace. Video obtained by the

FBI captures BELLIVEAU advancing up the Northwest Stairs, as shown in Image 12, below.



*Image 12 (BELLIVEAU advancing up the Northwest Stairs)*

34.     At approximately 2:13 p.m., rioters broke the windows next to a door to the

Capitol Building known as the Senate Wing Door and breached the Capitol Building.

BELLIVEAU, as shown on surveillance video, entered the Capitol Building at approximately

2:17 p.m. As he entered, he wore his helmet with the tinted visor or goggles covering his face

and carried the bullhorn and a hockey stick with a flag wrapped around it, as shown in Images 13

and 14, below.



*Image 13 (BELLIVEAU breaching the Capitol Building through the Senate Wing Door carrying bullhorn and stick with flag)*



*Image 14 (BELLIVEAU with hockey stick extended)*

35.     BELLIVEAU travelled to an area of the Capitol known as the Crypt, where rioters confronted a police line.  He stayed inside the Capitol for approximately 15 minutes before exiting through a window next to the Senate Wing Door, as shown in Images 15, 16, 17, and 18 below.



*Image 15 (BELLIVEAU in Crypt holding bullhorn; black and white sneakers visible)*



*Image 16 (BELLIVEAU in Crypt; colored mask, brown jacket, and helmet visible)*

16



*Image 17 (BELLIVEAU near Senate Wing Door; red bandana and mask visible)*



*Image 18 (BELLIVEAU near Senate Wing Door holding bullhorn)*

36.     Based on my review of video obtained by the FBI and my investigation in this

case, I have observed that the same seven distinctive features of BELLIVEAU's clothing and personal items that can be seen during BELLIVEAU's conduct on the Northwest Lawn can also be seen during BELLIVEAU's activity inside the Capitol Building, to wit:

- Beige cargo-style pants with pockets
- Brown hooded sweatshirt
- Dark helmet with a tinted visor or goggles
- Red-colored bandana visible around the chin and neck area, near the helmet chin strap
- Colored mask covering BELLIVEAU's mouth area
- Black Nike shoes with white swoosh
- Bullhorn with distinctive blue and cream coloring

37.     A publicly-available video that I have reviewed shows BELLIVEAU speaking on Capitol Grounds during the riot, near a large flag that rioters had placed over the temporary scaffolding that was in place to support the Inaugural Stage.  BELLIVEAU can be seen in the video wearing his dark helmet and carrying the hockey stick with the flag wrapped around it, as shown in Image 19, below.



*Image 19 (BELLIVEAU speaking during publicly-available interview)*

38.     In the video, BELLIVEAU stated, "I'm here to make sure the Chinese Communist Party does not take over this country through Joe Biden."

39.     The FBI also obtained video recorded on the night of January 5, 2021, which shows, among other things, groups of persons near the area of Washington D.C. known as "Black Lives Matter" plaza chanting "F*ck Antifa" and confronting police officers who were trying to control the crowd. In this video footage, BELLIVEAU is shown wearing what appears to be the same black helmet and the same black and white Nike sneakers that he wore on January 6, and carrying what appears to be the same hockey stick with a flag wrapped around it and same bullhorn that he carried on January 6, as shown in Images 20, 21, and 22, below.



*Image 20 (BELLIVEAU on January 5)*

19



*Image 21 (BELLIVEAU on January 5; black and white Nike sneakers indicated in red)*



*Image 22 (BELLIVEAU on January 5 holding bullhorn and hockey stick with flag wrapped around it)*

40.    The FBI has obtained phone records showing that a phone number ending in -

20

8094 was registered to BELLIVEAU in approximately February 2020 and was active in and after January 2021. Other records obtained by the FBI show that this phone number was picked up by cell towers around the U.S. Capitol on January 6, 2021.

41.     In addition, records obtained by the FBI show that BELLIVEAU identified an address in Walpole, Massachusetts in registering accounts with an online consumer goods company and an electronic communications provider in 2016 and 2015, respectively. Other records obtained by the FBI show that BELLIVEAU used an address in Norwood, Massachusetts in connection with an account with a telecommunications provider in 2020. Based on my knowledge of the area, and publicly available information, Norwood and Walpole are within approximately five miles of each other. On or about May 30, 2024, the FBI showed the image identified as Image 19 above to a police officer in Walpole, Massachusetts. The officer positively identified the individual as BELLIVEAU, whom he described as a personal acquaintance. The officer stated, in sum and substance, that he had known BELLIVEAU from the local area for many years.

### *BELLIVEAU's Arrest Warrant, Arrest and Seizure of the Device*

42.     On or about June 6, 2024, the Honorable Zia M. Faruqui, United States Magistrate Judge, District of Columbia, issued under seal an arrest warrant for BELLIVEAU on a complaint that charged him with violations of 18 U.S.C. § 231(a)(3) (Civil Disorder); 18 U.S.C. §§ 111(a)(1), (b) and 2 (Assaulting Officers); 18 U.S.C. §§ 1752(a)(1), (2), and (4) and (b)(1)(A) (Unlawful Activities on Restricted Buildings or Grounds with a Deadly or Dangerous Weapon); and  40 U.S.C. §§ 5104(e)(2)(D), (F) & (G) (Unlawful Activities on Capitol Buildings or Grounds).

43.     On or about June 11, 2024, at approximately 2:09 p.m., BELLIVEAU was arrested by police officers of the North Berwick Police Department in or near North Berwick, Maine. According to the North Berwick Police Department, a police officer identified a vehicle in a public area with a license plate associated with BELLIVEAU and identified the outstanding arrest warrant for BELLIVEAU. BELLIVEAU had the Device on his person at the time of his arrest.  The arresting officers seized the Device seized incident to arrest.

44.     The Device is currently in the lawful possession of the FBI. While the FBI might already have all necessary authority to examine the Device, I seek this additional warrant out of an abundance of caution to be certain that an examination of the Device will comply with the Fourth Amendment and other applicable laws.

45.     The Device is currently in storage at the FBI Resident Agency office at 100 Middle Street, Suite 400, Portland, Maine 04101. In my training and experience, I know that the Device has been stored in a manner in which its contents are, to the extent material to this investigation, in substantially the same state as they were when the Device first came into the possession of the North Berwick Police Department.

### *BELLIVEAU's Use of His Cell Phone during the Attack on the U.S. Capitol*

46.     Information obtained during the investigation to date shows that BELLIVEAU used his cellular phone and carried it with him during the riot at the Capitol on January 6, 2021.

47.     Records from Apple that were obtained by the FBI show that BELLIVEAU registered a mobile phone, specifically, an iPhone 8, using iCloud on February 8, 2020. The email address associated with the iCloud registration was cjb8185@yahoo.com. The Apple records also show that the phone registered by BELLIVEAU was associated with AT&T.

48.     Telephone records from AT&T that were obtained by the FBI show that
BELLIVEAU used an iPhone 8 to make and receive calls at a phone number ending in -8094
between December 1, 2020 and January 11, 2021, including calls made and received on January
6, 2021. The records also show that BELLIVEAU used this phone number to send and receive
messages between December 1, 2020 and January 11, 2021, including messages sent and
received on January 6, 2021.  Further, the records show that some of the messages sent and
received by BELIVEAU contained images.   BELLIVEAU's AT&T wireless subscriber
information also show that the email address associated with the account was
cjb8185@yahoo.com.

49.     Records obtained by the FBI show that this phone number ending in -8094 was
picked up by cell towers around the U.S. Capitol on January 6, 2021.

50.     Videos obtained by the FBI show that BELLIVEAU appeared to carry and use a
cell phone while inside on the Capitol Building during the attack on the Capitol, including using
the cell phone apparently to record or photograph the riot unfolding around him, as shown in
Images 23 and 24, below.



*Image 23 (BELLIVEAU circled in red, holding cell phone in right hand while inside the Capitol Building)*



*Image 24 (BELLIVEAU circled in yellow, holding cell phone inside the Capitol Building)*

24

51.     Accordingly, I believe it is probable that BELLIVEAU used his cell phone on January 6, 2021 to, among other things, take photographs, record videos, and send and receive messages.  I also believe that it is probable that these photographs, videos, messages, and other information were stored on the iCloud account associated with  cjb8185@yahoo.com.[1]

52.     Based on your Affiant's observation of the Device's physical appearance, it appears that the Device is a newer version of the iPhone than the iPhone 8 that BELLIVEAU used in 2021. I know from my training and experience, however, that an iPhone user who upgrades his or her cell phone to a newer model can transfer data from a previous iPhone to the new iPhone, including information stored on an iCloud account, such as photos, videos, and communications.[2]

### Rioters' Use of Cellular Phones to Plan, Document, and Communicate About the Attack on the Capitol

53.     In addition to the facts specific to BELLIVEAU's use of his cell phone in connection with his participation in the riot at the Capitol, I know, based on my training and experience, that it is common for individuals to carry and use their cell phones during large

---

[1] On or about May 29, 2024, the Government served a preservation request on Apple for any iCloud account associated with cjb8185@yahoo.com. On or about June 6, 2024, in the District of Columbia, the Government obtained a warrant pursuant to 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Apple to disclose to the Government copies of the information (including the content of communications) associated with cjb8185@yahoo.com. The Government timely served the warrant on Apple but has not yet received responsive information.

[2] Apple publishes information on the Internet to facilitate its customers' ability to transfer data from their old phones to their new phones.  *See* "Use Quick Start to transfer data to a new iPhone or iPad", *available at*: https://support.apple.com/en-in/HT210216#:~:text=Set%20up%20your%20new%20iOS,current%20device%20for%20several%20minutes (last accessed: June 11, 2024).

gatherings, such as the gathering that occurred in the area of the U.S. Capitol on January 6, 2021. Such phones are typically carried at such gatherings to allow individuals to capture photographs and video footage of the gatherings, to communicate with other individuals about the gatherings, to coordinate with other participants at the gatherings, and to post on social media and digital forums about the gatherings.

54.     In news footage and other video footage obtained by the FBI, many of the unauthorized entrants observed inside the Capitol building and on Capitol grounds during the riot on January 6, 2021, can be seen using a cell phone in some capacity. Some of these persons were using the video feature of their cell phones to record the events occurring in and around the Capitol, which includes recording the criminal offenses described above, such as destruction of property, trespass, assault, and other offenses. As reported in the news media, some persons inside and immediately outside the Capitol even live-streamed their activities, and in doing so, recorded evidence of the offenses described above, which includes statements made by the rioters about their activities. Other persons observed in videos taken inside the Capitol during the riot appear to be taking photos, to include photos of themselves and others after breaking into the Capitol.

55.     Your affiant also knows that hundreds of people have been arrested in connection to the riot that occurred at the U.S. Capitol on January 6, 2021. During searches of many of those people's residences and their cell phones from early 2021 through present, in multiple jurisdictions, law enforcement has recovered evidence of criminal conduct on January 6, 2021. The recovered evidence includes, among other things, photos and videos showing criminal conduct. The recovered evidence also includes communications on messaging applications,

email, and social media platforms showing persons' intentions to engage in criminal conduct before and on January 6, 2021, and admissions of their criminal conduct during and after January 6, 2021.

56.     In particular, the FBI has recovered evidence of participation in the attack on the Capitol from cellular phones that the user obtained after January 6, 2021, but which nevertheless contained evidence from on and before January 6, 2021.

57.     Examples of recent FBI searches of cell phones and other electronic devices that yielded evidence of crimes arising from the attack on the Capitol include, but are not limited, the following:

a.   On or about April 5, 2023, in a search of four electronic devices in the District of Delaware (including devices that were not carried by the subject on January 6, 2021), the FBI identified relevant videos, photos, and communications related to the attack on the Capitol on January 6, 2021.

b.   On or about June 9, 2023, in a search of a cell phone in the Eastern District of Pennsylvania, the FBI identified photos, videos and relevant communications of the subject's participation in the attack on the Capitol.

c.   On or about August 28, 2023, a search warrant was issued in the Middle District of Florida for a cellular phone, on which the FBI subsequently identified relevant communications related to the attack on the Capitol.

d.   On or about December 15, 2023, in a search of electronic devices in the Eastern District of California, the FBI found videos and photos related to the attack on the Capitol.

e. On or about January 23, 2024, in a search of an electronic device in the District of New Jersey, the FBI identified photographs, videos and communications that were relevant to the allegations arising from the defendant's participation in the attack on the Capitol.

f. On or about April 25, 2024, during a premises search in the Eastern District of Louisiana, the FBI found a flagpole stolen from the Capitol on January 6, 2021, and a cell phone that the defendant carried with him on January 6, 2021.

## TECHNICAL TERMS

58. Based on my training and experience, I use the following technical terms to convey the following meanings:

a. Wireless telephone: A wireless telephone (or mobile telephone, or cellular telephone) is a handheld wireless device used for voice and data communication through radio signals. These telephones send signals through networks of transmitter/receivers, enabling communication with other wireless telephones or traditional "land line" telephones. A wireless telephone usually contains a "call log," which records the telephone number, date, and time of calls made to and from the phone. In addition to enabling voice communications, wireless telephones offer a broad range of capabilities. These capabilities include: storing names and phone numbers in electronic "address books;" sending, receiving, and storing text messages and e-mail; taking, sending, receiving, and storing still photographs and moving video; storing and playing back audio files; storing

dates, appointments, and other information on personal calendars; and accessing and downloading information from the Internet. Wireless telephones may also include global positioning system ("GPS") technology for determining the location of the device.

b.  Digital camera: A digital camera is a camera that records pictures as digital picture files, rather than by using photographic film. Digital cameras use a variety of fixed and removable storage media to store their recorded images. Images can usually be retrieved by connecting the camera to a computer or by connecting the removable storage medium to a separate reader. Removable storage media include various types of flash memory cards or miniature hard drives. Most digital cameras also include a screen for viewing the stored images. This storage media can contain any digital data, including data unrelated to photographs or videos.

c.  Portable media player: A portable media player (or "MP3 Player" or iPod) is a handheld digital storage device designed primarily to store and play audio, video, or photographic files. However, a portable media player can also store other digital data. Some portable media players can use removable storage media. Removable storage media include various types of flash memory cards or miniature hard drives. This removable storage media can also store any digital data. Depending on the model, a portable media player may have the ability to store very large amounts of electronic data and may offer additional features such as a calendar, contact list, clock, or games.

d.  GPS: A GPS navigation device uses the Global Positioning System to display its

current location. It often contains records the locations where it has been. Some GPS navigation devices can give a user driving or walking directions to another location. These devices can contain records of the addresses or locations involved in such navigation. The Global Positioning System (generally abbreviated "GPS") consists of 24 NAVSTAR satellites orbiting the Earth. Each satellite contains an extremely accurate clock. Each satellite repeatedly transmits by radio a mathematical representation of the current time, combined with a special sequence of numbers. These signals are sent by radio, using specifications that are publicly available. A GPS antenna on Earth can receive those signals. When a GPS antenna receives signals from at least four satellites, a computer connected to that antenna can mathematically calculate the antenna's latitude, longitude, and sometimes altitude with a high level of precision.

e. IP Address: An Internet Protocol address (or simply "IP address") is a unique numeric address used by computers on the Internet. An IP address is a series of four numbers, each in the range 0-255, separated by periods (e.g., 121.56.97.178). Every computer attached to the Internet computer must be assigned an IP address so that Internet traffic sent from and directed to that computer may be directed properly from its source to its destination. Most Internet service providers control a range of IP addresses. Some computers have static—that is, long-term—IP addresses, while other computers have dynamic—that is, frequently changed—IP addresses.

f. Internet: The Internet is a global network of computers and other electronic

devices that communicate with each other. Due to the structure of the Internet, connections between devices on the Internet often cross state and international borders, even when the devices communicating with each other are in the same state.

59.     Based on my training, experience, and research, I know that the Device has capabilities that allow it to serve as, among other things, a wireless telephone, digital camera, portable media player, and GPS navigation device. In my training and experience, examining data stored on devices of this type can uncover, among other things, evidence that reveals or suggests who possessed or used the device.

## ELECTRONIC STORAGE AND FORENSIC ANALYSIS

60.     Based on my knowledge, training, and experience, I know that electronic devices can store information for long periods of time. Similarly, things that have been viewed via the Internet are typically stored for some period of time on the device. This information can sometimes be recovered with forensics tools.

61.     *Forensic evidence.* As further described in Attachment B, this application seeks permission to locate not only electronically stored information that might serve as direct evidence of the crimes described on the warrant, but also forensic evidence that establishes how the Device was used, the purpose of its use, who used it, and when. There is probable cause to believe that this forensic electronic evidence might be on the Device because:

g.  Data on the storage medium can provide evidence of a file that was once on the storage medium but has since been deleted or edited, or of a deleted portion of a file (such as a paragraph that has been deleted from a word processing file).

31

h.  Forensic evidence on a device can also indicate who has used or controlled the device. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.

i.  A person with appropriate familiarity with how an electronic device works may, after examining this forensic evidence in its proper context, be able to draw conclusions about how electronic devices were used, the purpose of their use, who used them, and when.

j.  The process of identifying the exact electronically stored information on a storage medium that is necessary to draw an accurate conclusion is a dynamic process. Electronic evidence is not always data that can be merely reviewed by a review team and passed along to investigators. Whether data stored on a computer or other electronic storage device is evidence may depend on other information stored on or other electronic storage device and the application of knowledge about how a electronic storage devices behave. Therefore, contextual information necessary to understand other evidence also falls within the scope of the warrant.

k.  Further, in finding evidence of how a device was used, the purpose of its use, who used it, and when, sometimes it is necessary to establish that a particular thing is not present on a storage medium.

62.  *Nature of examination.* Based on the foregoing, and consistent with Rule 41(e)(2)(B), the warrant I am applying for would permit the examination of the Device consistent with the warrant. The examination may require authorities to employ techniques, including but not limited to computer-assisted scans of the entire medium, that might expose

many parts of the Device to human inspection in order to determine whether it is evidence described by the warrant.

63.     *Manner of execution.* Because this warrant seeks only permission to examine a Device already in law enforcement's possession, the execution of this warrant does not involve the physical intrusion onto a premises. Consequently, I submit there is reasonable cause for the Court to authorize execution of the warrant at any time in the day or night.

## CONCLUSION

64.     I submit that this affidavit supports probable cause for a search warrant authorizing the examination of the Device described in Attachment A to seek the items described in Attachment B.

Respectfully submitted,

SPECIAL AGENT GARRETT DREW
Federal Bureau of Investigation

Sworn to telephonically and signed
electronically in accordance with the
requirements of Rule 4.1 of the Federal Rules
of Criminal Procedures

Date:   Jun 14 2024

City and state:   Portland, Maine

*Judge's signature*

Karen Frink Wolf,   U.S. Magistrate Judge
*Printed name and title*

33